IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SCOTT JONES,

    Petitioner,

No. C 04-02105 JSW

v.

JOSE SOLIS, Warden,

**JUDGMENT**

    Respondent.

    For the reasons stated in the order filed this date, the petition for a writ of habeas corpus is hereby DENIED on the merits.

**IT IS SO ORDERED.**

Dated: April 10, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE